68958-95-121

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHELLE ATWOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEST BEND MUTUAL INSURANCE COMPANY, ) <br> a Wisconsin mutual-benefit corporation, and ) <br> TYLER ATWOOD, d/b/a ATWOOD TREE ) <br> SERVICE, ) <br> ) <br> Defendants. ) | Case No. <br> Jury Demand as to Law Count <br><br> Formally 2018 L 13 <br><br> In the Circuit Court <br> For the Twenty-First Judicial Circuit <br> Iroquois County, Illinois |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, WEST BEND MUTUAL INSURANCE COMPANY ("WEST BEND"), hereby gives Notice of Removal of the above-captioned action 18 L 13, pending in the Circuit Court of the Twenty First Judicial Circuit, Iroquois County, Illinois, to the United States District Court for the Central District of Illinois, Urbana Division.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity among the parties, and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  In support thereof, WEST BEND states as follows:

**Background**

1. On May 24, 2018, Plaintiff filed a Summons and Complaint at Law and Petition for Declaratory Judgment in the Circuit Court of Iroquois County, Illinois against WEST BEND. A copy of the Complaint with exhibits is attached as Exhibit A.

2. On or about June 1, 2018, Defendant, West Bend, received a copy of the Summons and Complaint which had been served on the Illinois Department of Insurance on May 29, 2018. See Exhibit B.

3. On June 18, 2018, Defendant, West Bend, served Requests to Admit Facts on Plaintiff, which asked Plaintiff to admit that the amount in controversy exceeded $75,000.00. See Exhibit C.

4. On June 25, 2018, Defendant, West Bend, filed a Motion to Dismiss Count I. See Exhibit D.

5. On June 25, 2018, Defendant, West Bend, filed an Answer to Count II, Counterclaim against Plaintiff and Cross-Claim against Defendant, Tyler Atwood d/b/a Atwood Tree Service seeking declaratory relief. See Exhibit E.

6. On July 16, 2018, Plaintiff served a Response to Requests to Admit, which admit that the claimed damages exceed $75,000.00. See Exhibits F and G.

7. On July 20, 2018, Plaintiff filed a Motion for Judgment on the Pleadings and a Motion to Dismiss Defendant's Counterclaim. See Exhibits H, I and J.

8. Removal to this Court is now proper on diversity grounds pursuant to 28 U.S.C. §§ 1441(a) and 1446(b)(3).

9. As detailed below, complete diversity exists between Plaintiff, Michelle Atwood, Defendant/Cross-Defendant, Tyler Atwood d/b/a Atwood Tree Service, and Defendant, WEST BEND, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, both requirements for diversity jurisdiction have been met. See 28 U.S.C. §1332.

### **The Procedural Requirements for Removal Have Been Met**

10. Pursuant to 28 U.S.C. § 1441(b)(2), this suit could not be removed prior to July 16, 2017, because the Plaintiff's underlying Complaint did not specify the amount of damages Plaintiff sought in the action.

11. This Notice of Removal is filed pursuant to 28 U.S.C. § 1446(b)(3) in that it is being filed within thirty (30) days of July 16, 2018, the date on which WEST BEND received notice that the amount in controversy exceeded $75,000.00. See Exhibit E.

12. Pursuant to 28 U.S.C. § 1441(a), the removal of this action to this Court is proper as this Court sits in the judicial district and division embracing the place where the action is pending insofar as a substantial portion of the claimed events and alleged omissions giving rise to the Plaintiff's claims occurred within this judicial district. See 28 U.S.C. § 1391(a); see also Exhibit A.

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Circuit Court of Iroquois County, Illinois and served upon all parties of record. By filing this Notice of Removal, Defendant does not waive any available defenses.

### **Diversity Jurisdiction**

14. The amount in controversy in this action exceeds $75,000.00. 28 U.S.C. § 1332(a). Plaintiff's Complaint seeks coverage from WEST BEND for a claim Plaintiff made against Defendant/Cross-Defendant, Tyler Atwood d/b/a Atwood Tree Service, under a Commercial General Liability Policy WEST BEND issued to Defendant/Cross-Defendant, Tyler Atwood d/b/a Atwood Tree Service. See Exhibit A and Exhibit E.

15. The Plaintiff's Complaint contains two Counts. Count I is captioned Breach of Contract. Count II seeks a declaratory judgment as to Plaintiff's claim under Defendant's Policy. See Exhibit A. On June 18, 2018, Defendant filed a Motion to Dismiss Count I and Answer to Count II and Counterclaim/Cross-Claim. See Exhibits D and E. On July 20, 2018, Plaintiff filed a Motion for Judgment on the Pleadings and a Motion to Dismiss Defendant's Counterclaim. See Exhibits F, G and H. As of the date of the filing of this Notice of Removal, the Circuit Court has not entered an Order on any of these motions.

16. Plaintiff's Complaint seeks coverage from West Bend for the lawsuit Plaintiff filed against Defendant/Cross-Defendant, Tyler Atwood d/b/a Atwood Tree Services, in the Circuit Court of Iroquois County, Illinois, Case No. 2018 L 12, for injuries Plaintiff allegedly received in an accident which occurred on October 21, 2017 ("the underlying complaint"). The underlying complaint does not allege the amount of damages Plaintiff seeks in that action. At the time the underlying complaint was filed, Plaintiff filed an Affidavit pursuant to Illinois Supreme Court Rule 222 stating that the damages Plaintiff sought exceed $50,000. See Exhibit A. Nevertheless, the Plaintiff alleges that she was struck in the head by a tree branch and has suffered serious and permanent injuries. See Exhibit Ex A, ¶¶12-13. Although Plaintiff alleges that she suffered serious and permanent injury, Defendant served Requests to Admit on Plaintiff to establish that the amount in controversy in the underlying action exceeded $75,000.00. See Exhibit C. The Responses to the Requests to Admit stated that the damages exceed $75,000. See Exhibit F.

17. Attached to the Plaintiff's Complaint and incorporated therein is a copy of the West Bend Commercial General Liability Policy (Exhibit B to Exhibit A). Page 014 of Exhibit B to Exhibit A of the Plaintiff's Complaint sets forth the policy limits of liability, which exceed the jurisdictional limits. (See Exhibit B to Exhibit A, page 014)

18. Based on the allegations of Plaintiff's Complaint and Plaintiff's Responses to Requests to Admit, the preponderance of the evidence indicates that the amount in controversy

exceeds $75,000.00 and counsel for Defendant has a good-faith belief that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## Diversity of Citizenship

19. Plaintiff's Complaint alleges that Plaintiff is an individual residing in Sheldon, Iroquois County, Illinois. See Exhibit A to Exhibit A, ¶ 1. Therefore, Plaintiff is a citizen of Illinois.

20. Defendant is a Wisconsin corporation with its principal place of business located at 1900 South 18th Avenue, West Bend, Wisconsin. See attached Exhibit K from the Illinois Department of Insurance. Therefore, Defendant is a citizen of Wisconsin.

21. Defendant/Cross-Defendant, Tyler Atwood, d/b/a Atwood Tree Service resides in and has as his principal place of business in Sheldon, Iroquois County, Illinois. See Exhibit A to Exhibit A, ¶ 3; Exhibit B to Exhibit A, p. 001. Defendant/Cross-Defendant, Tyler Atwood, d/b/a Atwood Tree Service is a citizen of Illinois.

22. This action is, therefore, one over which the United States District Court for the Central District of Illinois, Urbana Division, has valid subject matter jurisdiction pursuant to the provisions of 28 U.S.C. § 1332(a) and, therefore, is one which is properly removable to this Court pursuant the provisions of 28 U.S.C. §§ 1441(a) and 1446(b)(3), insofar as:

   a. This case involves the claims between citizens of different states;
   b. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs; and
   c. The Notice of Removal is timely filed in that it is being filed within thirty (30) days of service of the Plaintiff's Answers to Requests to Admit setting forth that the amount in controversy exceeds $75,000.00, which is the first date by which this case became removable.

**Conclusion**

23.     For the foregoing reasons, removal of this case is proper because complete diversity of citizenship exists, and the amount in controversy requirement has been met following receipt of the Plaintiff's July 16, 2018 Responses to Requests to Admit.

WHEREFORE, Defendant, WEST BEND MUTUAL INSURANCE COMPANY, respectfully gives notice that this action is hereby removed from the Circuit Court of Iroquois County, Illinois, Case No. 2018 L 13 to the United States District Court for the Central District of Illinois, Urbana Division.

Respectfully submitted,

By:
/s/   Thomas F. Lucas
One of the Attorneys for Defendant,
WEST BEND MUTUAL INSURANCE COMPANY

Thomas F. Lucas, Esq., Lead Counsel
Kristin D. Tauras, Esq.
McKenna Storer
33 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
312/558-3900
Service@mckenna-law.com
tlucas@mckenna-law.com
ktauras@mckenna-law.com