Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Michelle Atwood,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 18-2193 |
| | ) |
| **West Bend Mutual Insurance Company,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above captioned case is remanded back to the Circuit Court of Iroquois County.

**Dated: August 17, 2018**

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court